UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARIA BLACK )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 7:19-CV-17-FL
ANDREW SAUL )
*COMMISSIONER OF SOCIAL SECURITY*)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 10, 2019, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on September 10, 2019, and Copies To:**
Charlotte Williams Hall   (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein  (via CM/ECF Notice of Electronic Filing)


September 10, 2019                    PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk