UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


MARIA BLACK        )
     Plaintiff,    )
             )
v.            )  **JUDGMENT**
             )
             )  No. 7:19-CV-17-FL
ANDREW SAUL, Commissioner of  )
Social Security,       )
     Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 26, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,400.00.

**This Judgment Filed and Entered on September 26, 2019, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing
Peter A. Heinlein / Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)

September 26, 2019     PETER A. MOORE, JR., CLERK


              /s/ Sandra K. Collins
             (By) Sandra K. Collins, Deputy Clerk